Hammel J. CLARK, Plaintiff–
Appellant,

v.

Kathyrn J. JACOBS, Defendant–
Appellee.

No. 12–6402.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 14, 2012.

Decided: June 19, 2012.

Hammel J. Clark, Appellant Pro Se.
Christopher Alexander Hinrichs, Office of
the Attorney General of Maryland, Pikes-
ville, Maryland, for Appellee.

Before WILKINSON, NIEMEYER,
and KEENAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

198

PER CURIAM:

Hammel J. Clark appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Clark v. Jacobs*, No. 8:11–cv–01555–RWT (D.Md. Feb. 21, 2012). We deny Clark's pending motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*